IN THE CIRCUIT COURT
SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

| | |
|---|---|
| Gail Alleman ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-LM- 540 |
| ) | |
| Optimum Outcomes, Inc. ) | |
| Registered Agent: ) | |
|   Illinois Corporation Service ) | |
|   801 Adlai Stevenson Drive ) | |
|   Springfield, IL 62703 ) | |
| ) | |
| Defendant. ) | |
| Defendant. | |

**SUMMONS**

To each Defendant: Optimum Outcomes, Inc. – Registered Agent – Illinois Corporation Service, 801 Adlai Stevenson Drive, Springfield, IL 62703

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court in the Macon County Courthouse, Decatur, Illinois, within 30 days after service of this Summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED FOR IN THE COMPLAINT.

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed.

This Summons may not be served later than 30 days after its date.

Witness, 8/09 , 2016

Bill T. Walker #2921782
Attorney and Counselor at Law
3388 – B Maryville Road
PO Box 1800
Granite City, Illinois 62040
(618) 797-1930
FAX (618) 797-1935
billtw@sbcglobal.net

_Lois A. Durbin_
Clerk of the Circuit Court

___ABP___
Witness

EXHIBIT GROUP A

IN THE CIRCUIT COURT
SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

FILED
AUG 09 2016
LOIS A. DURBIN
CIRCUIT CLERK

| | |
|---|---|
| Gail Alleman ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-LM- 540 |
| ) | |
| Optimum Outcomes, Inc. ) | |
| Registered Agent: ) | |
| Illinois Corporation Service ) | |
| 801 Adlai Stevenson Drive ) | |
| Springfield, IL 62703 ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW Plaintiff, Gail Alleman by and through her attorney, Bill T. Walker and for her complaint against defendant, Optimum Outcomes, Inc. for violation of the Fair Debt Collection Practices Act (FDCPA), states as follows:

1. This action arises from the Defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq (FDCPA).

2. Under 15 U.S.C. 1692K(d) there is concurrent jurisdiction in state courts.

3. The plaintiff, Gail Alleman is a natural person who resides in the State of Illinois, and is a "consumer" as that term is defined by 15 U.S.C. 1692 a(3).

4. Optimum Outcomes, Inc. operates from an address of 421 Fayetteville Street, STE 600, Raleigh, NC 27601 and is a "debt collector" as that term is defined by 15 U.S.C. 1692 a(6) and sought to collect a consumer debt from plaintiff, Gail Alleman.

5. The defendant is a collection agency that in the ordinary course of business regularly, on behalf of itself or others, engages in debt collection.

6. The Plaintiff, Gail Alleman, incurred a financial obligation to Springfield MRI and Imaging Center that was for medical bills, primarily personal and is therefore a "debt" as that term is defined by 15 U.S.C. 1692 a (5).

7. Sometime thereafter the alleged debt was consigned, placed or otherwise transferred to the defendant, Optimum Outcomes, Inc. for collection from the Plaintiff, Gail Alleman.

8 On a letter to the Plaintiff, Gail Alleman, dated 8/9/15, the Defendant violated numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. § 1692g and § 1692e(10) amongst others, by stating in a letter "Please call our office at 877-795-9819 to charge your balance to either your check card, MasterCard or Visa account, or if you need additional information before payment is submitted."
In addition the Defendant violated numerous and multiple provisions of the FDCPA, including but not limited to15 U.S.C. § 1692e (11) on the "Payment Form" of their web-site http://www.oorcm.com

9. Due to the illegal acts of the Defendant, Optimum Outcomes, Inc. the Plaintiff, Gail Alleman has incurred and suffered mental anguish.

10. The Plaintiff, Gail Alleman is entitled to and hereby respectfully, DEMANDS TRIAL BY JURY.

WHEREFORE, the Plaintiff, Gail Alleman, prays that judgment be entered against the defendant, Optimum Outcomes, Inc. as follows:

a) For an award of actual damages pursuant to 15 U.S.C. 1692 (a) (1);
b) For an award of statutory damages in an amount of $1,000.00 pursuant to 15 U.S.C. 1692 (a)(2)(A) for each violation of the Act;

c) For an award of costs of litigation and reasonable attorney fees pursuant to 15 U.S.C. 1692 k (a) (3); and

d) For such other and further relief as may be just and proper.

Bill T. Walker #02921782
Attorney and Counselor at Law
3388-B Maryville Road
PO Box 1800
Granite City, Illinois 62040
(618) 797-1930
FAX (618) 797-1935
billtw@sbcglobal.net